## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Edward Hammonds, | : | |
| | : | No. 1870 C.D. 2015 |
| Petitioner | : | Submitted: March 4, 2016 |
| | : | |
| v. | : | |
| | : | |
| Pennsylvania Board of | : | |
| Probation and Parole, | : | |
| | : | |
| Respondent | : | |

**PER CURIAM**

# **O R D E R**

**NOW,** this 7th day of July, 2016, it is ordered that the above-captioned Memorandum Opinion, filed May 12, 2016, shall be designated OPINION and shall be REPORTED.